UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| ISAAC JONES, JR. | * | Case No. 09-30204-DK |
| | * | |
| Debtor | * | (Chapter 13) |

*     *     *     *     *     *

OBJECTION TO CONFIRMATION OF PLAN

Ellen W. Cosby, Trustee, objects to confirmation of the Amended Plan proposed by the Debtor in this case for the reasons stated below.

1.      The Debtor continues not to resolve issues from the original Objection delivered at the §341 meeting on January 7, 2010.

2.      The Trustee can not recommend confirmation as there are not enough funds to satisfy the secured claim filed by MidFirst Bank and there are no funds available for general unsecured creditors.

3.      At this point, we have yet to receive a reliable market analysis/property valuation for the Debtor's real property.  Therefore, we are basing our valuation on internet sources which indicate significant equity in assets.  The plan must pay all general unsecured creditors in full.

4.      The next plan payment comes due April 20, 2010.

5.      A current, executed Pre-Confirmation Certificate must be filed.

Dated:  April 19, 2010

    /s/   Ellen W. Cosby
Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD  21284-0016
(410) 825-5923
Inquiries@ch13balt.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2010 a copy of this Objection was delivered electronically through ECF to JEFFREY SIRODY, ESQUIRE and mailed by first-class mail, postage prepaid, to:

Isaac Jones, Jr.
2606 East Fayette Street
Baltimore, MD 21224

    /s/   Ellen W. Cosby
Ellen W. Cosby